# NO. 12-08-00493-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

*RICHARD WADE MATHEWS,*          §     *APPEAL FROM THE 173RD*
*APPELLANT*

*V.*                             §     *JUDICIAL DISTRICT COURT OF*

*THE STATE OF TEXAS,*
*APPELLEE*                       §     *HENDERSON COUNTY, TEXAS*

---

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant entered a guilty plea to the offense of burglary of a habitation and was placed on community supervision for five years. The trial court certified that this is a plea bargain case and that Appellant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The certification is signed by Appellant and his trial counsel. Appellant subsequently sought the trial court's permission to appeal, which was denied on January 12, 2009. *See* Tex. R. App. P. 25.2(B). Accordingly, the appeal is ***dismissed for want of jurisdiction***.

Opinion delivered January 14, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)